UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                Debtors.

LEHMAN BROTHERS SPECIAL FINANCING INC.,

                Plaintiff,

-v-

FEDERAL HOME LOAN BANK OF CINCINNATI,

                Defendant.

No. 13 Civ. 4121 (RJS)
<u>ORDER</u>



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-13

<u>RICHARD J. SULLIVAN</u>, District Judge:

The Court has reviewed the parties' briefs and has determined that oral arguments are unnecessary. Accordingly, IT IS HEREBY ORDERED THAT the oral arguments scheduled in this case for October 25, 2013 at 3:00 p.m. are canceled.

SO ORDERED.

Dated:      October 9, 2013
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE